STATE of Missouri, Respondent,

v.

Maurice JOHNSON, Appellant.

No. WD 38655.

Missouri Court of Appeals,
Western District.

May 19, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Kurtz A. Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and TURNAGE and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of assault in the first degree and sentence as a prior and persistent offender to ten years.

Judgment affirmed.  Rule 30.25(b).